Case 19-20637-GLT    Doc 21    Filed 07/17/19    Entered 07/18/19 00:48:30    Desc Imaged
                          Certificate of Notice    Page 1 of 3

FILED
7/15/19 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-20637-GLT |
| | : | Chapter 7 |
| Natasha E. Stear fka Natasha E. Seamans, | : | |
| *Debtor*. | : | |
| | | |
| Nationstar Mortgage LLC d/b/a Mr Cooper | : | Related to Dkt. No. 16 |
| *Movant*, | : | |
| v. | : | |
| Natasha E. Stear fka Natasha E Seamans, | : | Hearing: August 16, 2019 |
| | : | Response: June 28, 2019 |
| *Respondent*. | : | |

## ORDER DENYING MOTION FOR RELIEF
## AND CANCELING SCHEDULED HEARING

Movant, Nationstar Mortgage LLC, d/b/a Mr Cooper, filed this Motion of Nationstar Mortgage LLC d/b/a Mr Cooper, For Relief From The Automatic Stay [Dkt. No.16] ("Motion") on Jun 12, 2019.  The *Motion* seeks relief from the stay under 11 U.S.C. § 362 to pursue certain rights against Debtor's property.  Prior to the scheduled hearing on the *Motion*, the Court entered its *Order Discharging Debtor* [Dkt. No.15] on June 12, 2019.  Under 11 U.S.C. § 362(c)(2)(C), the stay remains in effect until such time as a discharge is granted or denied.  Therefore, the stay ceased on June 12, 2019, the date the Debtor received a discharge.  Because the stay is no longer in effect, the *Motion* is now moot, and there is no longer any need to conduct the scheduled hearing.

Based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion of Nationstar Mortgage LLC d/b/a Mr Cooper, For Relief From The Automatic Stay at Dkt. No. [16] is **DENIED** as moot.

2. The hearing scheduled for August 16, 2019 at Courtroom A, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is **CANCELED**.

Dated: July 15, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Natasha E Stear
Eric E Bononi, Trustee
Lawrence W. Willis, Esq.
James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20637-GLT
Natasha E Stear                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Jul 15, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Natasha E Stear,   3713 W 8th Ave,   Beaver Falls, PA 15010-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Natasha E Stear ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5